# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CATHY COLLINS,

    Plaintiff,

v.                                    CASE NO. 1:22cv64-RH-GRJ

ST. AUGUSTINE PLANTATION
OPERATOR, LLC et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINE TO RESPOND
## TO THE MOTION TO DISMISS OR TRANSFER

The deadline for the plaintiff to respond to the motion to dismiss or transfer, ECF No. 4, is extended to 14 days after entry of any order stating that the case will not be remanded to state court.

SO ORDERED on March 17, 2022.

                              s/Robert L. Hinkle
                              United States District Judge