IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHY COLLINS,

    *Plaintiff*,

v.                                                             Case No.:  4:22cv155-MW/MAF

ST. AUGUSTIN PLANTATION
OPERATOR, LLC, et al.,

    *Defendants*.
_____/

## ORDER REAFFIRMING DEADLINE

This Court was recently reassigned this case after it was transferred from the Gainesville Division. Prior to the transfer, the Court ordered the Defendants to show cause why the action should not be remanded. ECF No. 3. The Court also set the deadline for Plaintiff's response to Defendants' motion to dismiss to 14 days after entry of any order stating that the case will not be remanded to state court. ECF No. 5. This deadline remains in place—in other words, Plaintiff must respond to Defendants' motion, ECF No. 4, on or before 14 days after this Court enters any order ruling that this case will not be remanded to state court.

    **SO ORDERED on May 4, 2022.**

                                             s/Mark E. Walker                
                                             **Chief United States District Judge**